IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NILDA BENAVIDEZ<br>*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | |
| NATIONWIDE PROPERTY AND<br>CASUALTY INSURANCE COMPANY,<br>*Defendant.* | §<br>§<br>§<br>§ | CIVIL ACTION NO. 7:15-cv-144 |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Nilda Benavidez ("Plaintiff") and Defendant Nationwide Property and Casualty Insurance Company ("Defendant") hereby file this Agreed Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff filed suit against Defendant related to an insurance claim for property damage allegedly caused by a hailstorm which occurred on or about April 20, 2012.

2. Plaintiff and Defendant have since resolved their differences to their mutual satisfaction.

3. Plaintiff moves to dismiss the entire suit with prejudice. Defendant agrees to the dismissal.

4. This case is not a class action, and a receiver has not been appointed.

5. This dismissal is with prejudice. The parties will bear their own costs of suit.

Respectfully submitted,

/s/ Bill L. Voss

Bill L. Voss
SBN: 24047043
Scott G. Hunziker
SBN: 24032446
The Voss Law Firm, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone (713) 861-0015
Facsimile (713) 861-0021

**ATTORNEYS FOR PLAINTIFF
NILDA BENAVIDEZ**

/s/ Patrick M. Kemp

Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.
100 Congress Ave., Suite 800
Austin, Texas 78701
Telephone (512) 476-7834
Facsimile (512) 476-7832

**ATTORNEYS FOR DEFENDANT,
NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the ___ of _____, 2015 to:

Bill L. Voss
Scott G. Hunziker
The Voss Law Center
26619 Interstate 45 South
The Woodlands, Texas 77380

/s/ Patrick M. Kemp
Patrick M. Kemp