UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| NILDA BENAVIDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:15-CV-144 |
| | § | |
| NATIONWIDE PROPERTY AND | § | |
| CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Came to be considered Plaintiff Nilda Benavidez and Defendant Nationwide Property and Casualty Insurance Company's Agreed Stipulation of Dismissal of this case in its entirety with prejudice to re-filing. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED** that all claims made in this lawsuit are hereby dismissed with prejudice and that this matter is **CLOSED**.

SO ORDERED this 31st day of July, 2015, at McAllen, Texas.

_____
Randy Crane
United States District Judge